**Order entered November 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00627-CR

**DEON REESE EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-28191-U**

## ORDER

The Court has before it appellant's November 8, 2013 "objection" to the record. Appellant contends the record is not complete because the clerk's record does not contain the jury charge for punishment, including the sentence assessed. Appellant further asserts that "there should be no deadline" for his brief until the record is supplemented. We will treat this "objection" as a motion to supplement the record and to extend time to file appellant's brief. As such, we **GRANT** the motion.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the jury charge for punishment, including the punishment assessed.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/     LANA MYERS
            JUSTICE